OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Tony A. Wilson**
Tony A. Wilson, Pro se
4375 Confederate Point Road
#10H
Jacksonville, FL 32210

**David E. Brand**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

RE:   Tony A. Wilson v. Pinkerton Inc., et al
      CA 99-896 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00896-JJF
## Internal Use Only

Wilson v. Pinkerton Inc., et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $750000
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 12/16/1999
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

Tony A. Wilson

represented by **Tony A. Wilson**
Tony A. Wilson, Pro se
4375 Confederate Point Road
#10H
Jacksonville, FL 32210
(904) 317-9946
PRO SE

V.

**Defendant**

Pinkerton Inc.

represented by **David E. Brand**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: debrand@prickett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Denis R. Brown**
*TERMINATED: 07/07/2004*

**Defendant**

**David Merkovich**
*TERMINATED: 07/07/2004*

**Defendant**

**Kenneth E. Ford**
*TERMINATED: 07/07/2004*

**Defendant**

**Dave Stebbins**
*TERMINATED: 07/07/2004*

**Defendant**

**Anthony Daunoras**
*TERMINATED: 07/07/2004*

**Defendant**

**Reid Adams**
*TERMINATED: 07/07/2004*

**Defendant**

**Len Kuminski**
*TERMINATED: 07/07/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2004 | 58 | Response Filed by Pinkerton Inc. to Pltf.'s Motion to Dismiss. Deft. does not oppose the entry of an order of dismissal with prejudice. (SEALED) (afb) (Entered: 09/14/2004) |